HARRIET L. WILLIAMSON, Also Known as HARRIET LEONARD, Respondent, v. ALII M. K. SHA, Appellant.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.

In the Matter of FRANKLIN H. ORNSTEIN, Appellant, v. MARVIN D. CRISTENFELD et al., Constituting the Board of Elections of the County of Nassau, and WILLIAM GIBBONS, Respondents.—

No opinion. Rabin, Acting P. J., Hopkins, Latham, Brennan and Benjamin, JJ., concur.